UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YORANDO NAVARRO LUGO,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden, Northwest ICE Processing Center,<br>Respondent,<br>v.<br>UNITED STATES OF AMERICA,<br>Interested Party. | No. 2:26-CV-02574-SAB<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

Before the Court is Petitioner's Motion for Appointment of Counsel, ECF No. 7. Petitioner is representing himself in the matter. Respondents are represented by Kristen R. Vogel.

Petitioner requests the Court appoint pro Bono counsel to represent him in the above-captioned matter, indicating he requires representation to fully present the issues in his Petition. The Court does not have the resources to appoint pro Bono counsel for civil cases. Accordingly, Petitioner's Motion is denied.

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Appointment of Counsel, ECF No. 7, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and pro se Petitioner.

**DATED** this 2nd day of September 2026.

Stanley A. Bastian
United States District Judge